UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Julia Shuree Lewis v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-10362-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 29, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/ *Caitlin Fischer*
Deputy Clerk

**Dated:** September 2, 2014

Digitally signed by David R. Herndon
Date: 2014.09.02 10:07:28 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**